# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### October 2, 2014

A & T Siding, Inc. v. Capitol Specialty Insurance Corporation (S062330). Certified question accepted.